UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/8
```

United States of America,

-v-

Michael Aviles

               Defendant.

Case No. 07-CR-1010 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      The Federal Defender attorney assigned to this case Mark Gombiner, Esq. is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A. counsel Stuart Orden, Esq.

Mr. Orden shall file an electronic notice of appearance.

SO ORDERED.

                                        Richard J. Sullivan,
                                        United States District Judge

Dated: June 20, 2008
       New York, N.Y.